40 A.3d 730

IN THE MATTER OF TOBIN G. NILSEN, AN ATTORNEY AT LAW (ATTORNEY NO. 013861982).

April 19, 2012.

## ORDER

**TOBIN G. NILSEN** of **MINOTOLA,** who was admitted to the bar of this State in 1982, having pleaded guilty in the United

States District Court for the Northern District of Georgia, Atlanta Division, to use of a computer to entice a minor to engage in sexual activity, in violation of 18 *U.S.C.* § 2422(b), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **TOBIN G. NILSEN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **TOBIN G. NILSEN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **TOBIN G. NILSEN** comply with *Rule* 1:20–20 dealing with suspended attorneys.